THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOKHA SUONG,<br><br>    Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; CAMMILLA WAMSLEY, Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement,<br><br>    Respondents. | No. CV25-2309-LK<br><br>~~(PROPOSED)~~ ORDER FOR APPOINTMENT OF COUNSEL |

THE COURT has considered the unopposed motion for appointment of counsel, Dkt. No. 10, the IFP declaration, and the records in this case.

IT IS ORDERED that the office of the Federal Public Defender shall be appointed to represent Sokha Suong under 18 U.S.C. § 3006A(a)(2).

DONE this <u>26th</u> day of November 2025.

The Court appoints counsel based on the specific facts of this case. See Dkt. Nos. 1, 10. The prior motion to appoint counsel, Dkt. No. 6, is DENIED as moot.

*/s/ Lauren King*
LAUREN KING
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Alan Zarky*
Staff Attorney,
Federal Public Defender's Office

ORDER FOR APPOINTMENT OF COUNSEL
(*Suong v. Bondi et al.*; CV25-2309-LK) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710