# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

SOKHA SUONG,

                Plaintiff,

   v.

PAMELA BONDI et al.,

                Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER 2:25-cv-02309-LK

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Petition for writ of habeas corpus is GRANTED with the relief ordered in Dkt. 19.

    Dated December 29, 2025.

                              Ravi Subramanian
                              Clerk of Court

                              */s/Natalie Wood*
                              Deputy Clerk